No. 76–1095. COMMISSIONER OF INTERNAL REVENUE v. KOWALSKI ET UX. C. A. 3d Cir. [Certiorari granted, 430 U. S. 944.] Motion of respondents for divided argument denied.

No. 76–1662. UNITED STATES v. BOARD OF COMMISSIONERS OF SHEFFIELD, ALABAMA, ET AL. D. C. N. D. Ala. [Probable jurisdiction noted, 433 U. S. 906.] Motion of Mexican American Legal Defense & Educational Fund et al. for leave to file a brief as *amici curiae* granted.

No. 76–6720. RICHMOND v. ARIZONA, 433 U. S. 915. Respondent requested to file a response to petition for rehearing within 30 days.

No. 77–5150. FAISON v. WASHINGTON. Motion for leave to file petition for writ of certiorari denied.

No. 77–5125. BEARDEN v. SOUTH CAROLINA ET AL.;
No. 77–5143. PETERSON v. MOORE, WARDEN;
No. 77–5268. ROBINSON v. BENSON, WARDEN, ET AL.;
No. 77–5281. AVANT v. MOORE, WARDEN; and
No. 77–5327. McDONALD v. THOMPSON, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 77–5317. RANDLE v. RIGGSBY, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 76–1651. NEW JERSEY DENTAL ASSN. ET AL. v. BROTMAN, U. S. DISTRICT JUDGE;
No. 76–1656. EDMOND v. UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT ET AL.; and
No. 76–6430. FRAZIER v. GROSSMAN, DEPUTY CLERK, U. S. COURT OF APPEALS FOR THE SEVENTH CIRCUIT. Motions for leave to file petitions for writs of mandamus denied.